```
IN THE UNITED STATES DISTRICT COURT FOR THE
         SOUTHERN DISTRICT OF GEORGIA
              AUGUSTA DIVISION
```

LAMONT GREGORY,                 \*
                                \*
    Plaintiff,             \*
                                \*
vs.                             \*      CV 114-109
                                \*
TAYLOR AUTO GROUP and PAUL      \*
SCHAFFER,                       \*
                                \*
    Defendants.            \*

_____

O R D E R
_____

Before the Court is Plaintiff's motion to reinstate case to active docket. (Doc. no. 34.) Defendants object. (Doc. no. 35.) For the reasons set forth herein, Plaintiff's motion is **GRANTED**.

On May 2, 2014, Plaintiff filed suit alleging race discrimination regarding the termination of his employment. On October 7, 2014, the Court granted Plaintiff's motion to stay pending arbitration. (Doc. no. 33.) On December 1, 2014, Plaintiff filed the instant motion to reinstate case to active docket arguing that Defendants intentionally and unreasonably delayed arbitration. (Doc. no. 34.) Specifically, the arbitrator granted Defendants four extensions to pay appropriate fees then closed the case due to Defendants' failure to pay. Defendants then attempted to comply. Plaintiff

then withdrew consent to arbitrate and sought relief in this Court. (<u>Id.</u>) Defendants now argue that their delay was due to administrative errors and that reinstating the case to the active docket is inappropriate. (Doc. no. 35.)

In light of the parties' apparent inability to make meaningful progress in arbitration proceedings, the stay of this matter pending arbitration is **LIFTED**.

**IT IS ORDERED** that Plaintiff's motion to reinstate case to active docket (doc. no. 34) is hereby **GRANTED**. The Court's Order staying this matter (doc. no. 33) is **VACATED**.

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of February, 2015.

Honorable J. Randal Hall
United States District Judge
Southern District of Georgia

2