# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF GEORGIA

### AUGUSTA DIVISION

LAMONT GREGORY, )
)
    Plaintiff, )
)
    v. ) CV 114-109
)
)
TAYLOR AUTO GROUP and PAUL )
SCHAFFER, )
        Defendants. )

------

## O R D E R

------

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** Defendants' motion to compel (doc. no. 57), **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 3rd day of February, 2016, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA