# United States District Court
## *Southern District of Georgia*

LAMONT GREGORY,

    Plaintiff,

v.

TAYLOR AUTO GROUP and PAUL SCHAFFER,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 114-109

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order of this Court entered on February 3, 2016, this case is hereby DISMISSED without prejudice; and this civil action is hereby CLOSED.

| February 3, 2016 | Scott L. Poff |
|---|---|
| *Date* | *Clerk* |
| | (By) Deputy Clerk |

